UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALONZO PERKINS aka ALONSO PERKINS, | Case No. CV 06-4739-PSG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:_12/08/08

_____
Philip S. Gutierrez
United States District Judge